UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN A. CORRION,

    Plaintiff,                                        Case No. 12-15651
                                                Honorable Denise Page Hood

v.

STANLEY J. LATREILLE, et al.,

    Defendants.
_____/

## **JUDGMENT**

This action having come before the Court and the Court having issued an order dismissing the case this date,

Accordingly,

Judgment is entered in favor of Defendants and against Plaintiff.

                                                                       DAVID J. WEAVER
                                                                       CLERK OF COURT

Approved:                                              By: s/LaShawn R. Saulsberry
                                                                  Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: April 04, 2013
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 4, 2013, by electronic and/or ordinary mail.

                                              S/LaShawn R. Saulsberry
                                              Case Manager